

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
Chicago Regional Council of Carpenters Pension Fund et al.  
v.  
Bean Construction, Inc. and Big Brother Construction Company, Inc.

Case Number:

**FILED**  
KC  
DEC 18 2007  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

07CV7101  
JUDGE BUCKLO  
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| **NAME (Type or print)** <br> Raymond J. Sanguinetti | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| **FIRM** <br> Whitfield, McGann & Ketterman | |
| **STREET ADDRESS** <br> 111 E. Wacker Drive, Suite 2600 | |
| **CITY/STATE/ZIP** <br> Chicago IL  60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6344798 | **TELEPHONE NUMBER** <br> (312) 251-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |