| | | |
|---|---|---|
| **ClientCaseID:** N7562<br>**Law Firm ID:** WHITFIEL |  | **CaseReturnDate:** 1/8/08<br>Affidavit of Special Process Sever |

## UNITED STATES DISTRICT COURT

Case Number **07C7101**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  Bean Construction et al./Richard E. Bruns, R.A.
PERSON SERVED  LAURIE SMITH, BOOKKEEPER
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 12/28/07

AUTHORIZED TO ACCEPT DOCUMENTS.

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:

| Sex | FEMALE | Race | WHITE | Age | 40S |
|---|---|---|---|---|---|
| Height | 5'9" | Build | AVERAGE | Hair | BROWN |

LOCATION OF SERVICE   **321 W Maple St.**
**New Lenox, IL, 60451**

Date Of Service   12/28/07     Time of Service   11:15 AM

ANNA CANOLE     12/30/2007
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.