IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07C 7101 Judge Bucklo |
| v. | ) ) | Magistrate Judge Cole |
| BEAN CONSTRUCTION, INC., and BIG BROTHER CONSTRUCTION COMPANY, INC. | ) ) ) | |
| Defendants. | ) | |

MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, Raymond J. Sanguinetti, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.      Plaintiffs filed their complaint on December 18, 2007 and the summons and complaint was served on Plaintiff Big Brother Construction Company, Inc., Nicholas Janis, Registered Agent on January 2, 2008 and on Defendant Bean Construction Inc., Richard E. Bruns, Registered Agent on December 28, 2007, via the Process Server. **(Exhibit A, affidavits of service)**

2.      The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.      At all times relevant to this action, the Defendants were bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendants are required to submit their books and records to the Trust Funds to ensure accurate reporting of fringe benefit contributions.

4.      The Defendant breached the bonding provisions of the Trust Agreements and Collective Bargaining Agreement by failing to pay contributions in the amount of

$17,855.89. **(Exhibit B, affidavit of James Rosemeyer)**

5.     The Defendant owes the sum of $1,994.50 for necessary and reasonable attorney fees and costs which were incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1). **(Exhibit C, affidavit of Raymond J. Sanguinetti)**

6.     Defendants owe liquidated damages and interest in the amount of $5,171.40. **(Exhibit B)**

7.     Defendants owe $3,336.60 in auditor fees **(Exhibit B)**.

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $28,358.39.

Respectively submitted,

s/  RAYMOND J. SANGUINETTI

Attorney for the Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.

Attorney for Plaintiffs
Whitfield, McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Atty No. 6244798

-2-

# Exhibit A

**Exhibit  A**

ClientCaseID:  N7562
Law Firm ID:   WHITFIEL

*171970A*

CaseReturnDate:  1/8/08

**Affidavit of  Special Process Server**

## UNITED STATES DISTRICT COURT

Case Number **07C7101**

I, MICHAEL P. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  BIG BROTHER, Inc./Nicholas Janis, RA
PERSON SERVED VALERIE LYONS (PARALEGAL)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/2/08**

That the sex, race and approximate age of the person whom I left the    SUMMONS AND COMPLAINT
are as follow:

| | | | | |
|---|---|---|---|---|
| Sex  FEMALE | Race  WHITE | | Age  42 | |
| Height  5'4" | | Build  THIN | | Hair  BROWN |

LOCATION OF SERVICE   **9700 W 131st Street**
**Palos Heights, IL, 60464**

Date Of Service    1/2/08          Time of Service    12:35 PM

MICHAEL P. FEEHAN                                         1/3/2008
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

ClientCaseID:   N7562
Law Firm ID:    WHITFIEL



*171971A*

CaseReturnDate:   1/8/08

**Affidavit of Special Process Sever**

## UNITED STATES DISTRICT COURT

Case Number **07C7101**

I, ANNA CANOLE

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  **Bean Construction et al./Richard E. Bruns, R.A.**
PERSON SERVED  **LAURIE SMITH, BOOKKEEPER**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **12/28/07**

AUTHORIZED TO ACCEPT DOCUMENTS.

That the sex, race and approximate age of the person whom I left the   **SUMMONS AND COMPLAINT**
are as follow:

| | | | | | |
|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | WHITE | **Age** | 40S |
| **Height** | 5'9" | **Build** | AVERAGE | **Hair** | BROWN |

LOCATION OF SERVICE   **321 W Maple St.**
**New Lenox, IL, 60451**

Date Of Service   **12/28/07**          Time of Service   **11:15 AM**

ANNA CANOLE                                          12/30/2007

**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit
# B

**Exhibit   B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07C 7101 |
| | ) | Judge Bucklo |
| v. | ) ) | Magistrate Judge Cole |
| BEAN CONSTRUCTION, INC., and BIG BROTHER CONSTRUCTION COMPANY, INC. | ) ) ) | |
| Defendants. | ) | |

## SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

James Rosemeyer declares as follows:

1.     I am employed as the Contributions Manager at the Chicago Regional Council of Carpenters and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds. A portion of my duties include the monitoring of signatory accounts to ensure that the company posts the required bond pursuant to the Collective Bargaining Agreement.

2.     I have reviewed the account for the Defendants, BEAN CONSTRUCTION, INC. and BIG BROTHER CONSTRUCTION COMPANY, INC. The Defendants executed an Agreement with the Chicago Regional Council of Carpenters, successor to the Chicago and Northeast Illinois Regional Council of Carpenters whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.     Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreement and Trust Agreements, signatory employers are required to submit their books and records to the Trust Funds for an audit to ensure that all ERISA contributions have been reported and paid to the Trust Funds.

5.    An audit was performed on Defendants' books and records for the period of November 2005 through December 2006. The audit revealed that Defendants underreported ERISA contributions in the amount of $17,855.89.

6.    Due to Defendants underreporting of contributions, defendants owe $5,171.48 in liquidated damages and interest.

7.    The Trust Funds were forced to retain an auditor to complete an audit of Defendants' books and records, and incurred auditor fees in the amount of $3,336.60.

8.    Despite repeated demands on the Defendants to pay the above amounts, there have been no amounts paid by the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Signature: _____
                    James Rosemeyer

Date:        February 5th, 2008·

2

# Exhibit C

**Exhibit   C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF        )
CARPENTERS PENSION FUND et al.,    )
                                   )
                Plaintiffs,        )        Case No. 07C 7101
                                   )        Judge Bucklo
                                   )
        v.                         )        Magistrate Judge Cole
                                   )
BEAN CONSTRUCTION, INC., and BIG   )
BROTHER CONSTRUCTION COMPANY, INC.)
                                   )
                Defendants.        )

## SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Raymond J. Sanguinetti declares as follows:

1.    I am an associate of the law firm of Whitfield, McGann & Ketterman and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.    I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.    I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to compel compliance with the bonding provisions of the collective bargaining agreement and to collect delinquent employer contributions.

4.    Defendant is obligated to pay the attorney fees and court costs incurred by the Plaintiffs pursuant to 29 U.S.C. §1132(g)(1).

5.    I have devoted 9.3 hours in connection with this case at the rate of $165.00 per hour.  The total attorney fees billings is $1,534.50.

6.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $110.00. These costs total $460.00.

7.      I certify that the attached detailed attorney fees and costs totaling $1,994.50 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  February 5, 2008

s/ RAYMOND J. SANGUINETTI

Attorney for the Chicago Regional
Council of Carpenters Pension Fund, et
al.

2