IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF<br>CARPENTERS PENSION FUND et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BEAN CONSTRUCTION, INC., and BIG<br>BROTHER CONSTRUCTION COMPANY, INC.<br><br>            Defendants. | Case No. 07C 7101<br>Judge Bucklo<br>Magistrate Judge Cole |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on December 18, 2007 and the Defendants were served with copies of Summons and Complaint; and

WHEREAS, the Defendants have failed to answer or otherwise plead; and

WHEREAS, Defendant Big Brother Construction Company, Inc. is bound to the Collective Bargaining Agreements offered y the Chicago Regional Council of carpenters by way of Bean Construction, Inc. agreement;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, BEAN CONSTRUCTION, INC. and BIG BROTHER CONSTRUCTION COMPANY, INC., in the sum of $28,358.39.

ENTERED:

_____
ELAINE BUCKLO
UNITED STATES DISTRICT JUDGE

DATE:_____