IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | )<br>) |
| Plaintiffs, | ) Case No. 07C 7101<br>) Judge Bucklo |
| v. | ) Magistrate Judge Cole |
| BEAN CONSTRUCTION, INC., and BIG BROTHER CONSTRUCTION COMPANY, INC. | ) |
| Defendants. | ) |

### NOTICE OF MOTION

Bean Construction, Inc.                              Big Brother Construction Company, Inc.
Richard E. Bruns, Registered Agent     Nicholas Janis, R.A.
321 W. Maple St.                                         9700 West 131st St.
New Lenox, IL 60451                                Palos Heights, IL 60464

PLEASE TAKE NOTICE that on **Wednesday, February 13, 2008** I shall appear before the Honorable Judge Bucklo at approximately 9:30 a.m. in Courtroom 1441 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.

s/RAYMOND J. SANGUINETTI

Certificate of Service

I, Raymond J. Sanguinetti, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the persons to whom said Notice is directed on February 5, 2008.

s/Raymond J. Sanguinetti

Attorney for Plaintiffs
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6244798