## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7101 | **DATE** | 2/13/2008 |
| **CASE TITLE** | Chicago Regional Council, et al. Vs. Bean Construction, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment heard and the motion is granted. Accordingly, the court finds defendants in default and judgment is entered in favor of plaintiffs and against defendants in the sum of $28,358.39. Enter Judgment Order.

Docketing to mail notices.

Time: 05 minutes

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|