IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF )
CARPENTERS PENSION FUND et al., )
)
        Plaintiffs, )   Case No. 07C 7101
)   Judge Bucklo
v. )   Magistrate Judge Cole
)
BEAN CONSTRUCTION, INC., and BIG )
BROTHER CONSTRUCTION COMPANY, INC.)
)
        Defendants. )

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on December 18, 2007 and the Defendants were served with copies of Summons and Complaint; and

WHEREAS, the Defendants have failed to answer or otherwise plead; and

WHEREAS, Defendant Big Brother Construction Company, Inc. is bound to the Collective Bargaining Agreements offered y the Chicago Regional Council of carpenters by way of Bean Construction, Inc. agreement;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, BEAN CONSTRUCTION, INC. and BIG BROTHER CONSTRUCTION COMPANY, INC., in the sum of $28,358.39.

ENTERED:

*/s/ Elaine E. Bucklo*

ELAINE BUCKLO
UNITED STATES DISTRICT JUDGE

DATE: 2/13/08