IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, and Their Trustees, ) ) ) ) ) ) ) | CIVIL ACTION |
| Plaintiffs/Judgment Creditors, ) ) | Case No 07C 7101 |
| v. ) ) | Judge Bucklo |
| BEAN CONSTRUCTION, INC., and BIG BROTHER CONSTRUCTION COMPANY, INC., ) ) ) | |
| Defendants/Judgment Debtors, ) ) | |
| FIRST MIDWEST BANK, ) ) | |
| Citation Respondent. ) | |

### *Motion For Turnover*

Plaintiffs by their attorney, Raymond J. Sanguinetti, move this Court for an entry of Turnover Order and in support state:

1.  A Judgment was entered against Bean Construction, Inc. and Big Brother Construction Company, Inc. on February 13, 2008 by this Court in the amount of $28,358.39. **(Exhibit A)**

2.  Plaintiffs issued and served a Citation to Discover Assets on First Midwest Bank Union.

3.  Laura L. Wilkinson, Agent for Citation Respondent First Midwest Bank, wrote to Plaintiff's attorney and informed him that First Midwest Bank currently holds $6,721.45 for the benefit of Judgment Creditor formerly being held for Bean Construction, Inc., the Judgment Debtor. **(Exhibit B)**

WHEREFORE, Plaintiffs pray that this Court order First Midwest Bank to immediately pay over to the Plaintiffs the amount of $6,721.45 pursuant to this action.

                                       CHICAGO DISTRICT COUNCIL OF
                                       CARPENTERS PENSION FUND, et al.,

                                       By: _____
                                               Raymond J. Sanguinetti

Whitfield, McGann & Ketterman
Raymond J. Sanguinetti
Attorneys for Plaintiffs
Atty. No. 39248
111 East Wacker Drive, Suite 2600
312/251-9700

# Exhibit A

**Exhibit A**

Case 1:07-cv-07101    Document 15    Filed 02/29/2008    Page 4 of 6
Case 1:07-cv-07101    Document 13    Filed 02/13/2008    Page 1 of 1
Case 1:07-cv-07101    Document 10-2    Filed 02/05/2008    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO REGIONAL COUNCIL OF         )
CARPENTERS PENSION FUND et al.,     )
                                    )
            Plaintiffs,             )    Case No. 07C 7101
                                    )    Judge Bucklo
      v.                            )    Magistrate Judge Cole
                                    )
BEAN CONSTRUCTION, INC., and BIG    )
BROTHER CONSTRUCTION COMPANY, INC.) 
                                    )
            Defendants.             )

## JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on December 18, 2007 and the Defendants were served with copies of Summons and Complaint; and

WHEREAS, the Defendants have failed to answer or otherwise plead; and

WHEREAS, Defendant Big Brother Construction Company, Inc. is bound to the Collective Bargaining Agreements offered y the Chicago Regional Council of carpenters by way of Bean Construction, Inc. agreement;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a final judgment is entered in behalf of the Plaintiffs and against the Defendant, BEAN CONSTRUCTION, INC. and BIG BROTHER CONSTRUCTION COMPANY, INC., in the sum of $28,358.39.

ENTERED:

_____
ELAINE BUCKLO
UNITED STATES DISTRICT JUDGE
DATE: 2/13/08

**EXHIBIT A**

# Exhibit B

**Exhibit B**

*Revised*

Case No. **07C7101**
Hearing Date **3/14/08**

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

**FIRST MIDWEST BANK**, certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.
(Citation Respondent)

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ _____
B) Checking and/or Now Account (Amount withheld) $ **6721.45**
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) No Accounts _____
H) Adverse Claimant: Name _____ Address _____
I) Wages, Salary or Commissions _____
J) Other Personal Property (Describe) _____

Attach a sheet for any additional information required by the Citation

Sub-Total **6721.45**

Less right of offset for other loans _____

Less deduction for fees limited by
205 ILCS 5/48.1 _____

Total **6721.45**

According to the business records kept by the Citation Respondent, we show the above information to be correct.

*Laura L Wilkinson*
Agent for Citation Respondent

Respondent/Agent:

Date **2/29/08**

Agent Name **Laura L. Wilkinson**
Business Name **First Midwest Bank**
Address **3800 Rock Creek Blvd**
**Joliet IL 60431**
Phone **815-927-3240**
Fax **815-927-3262**

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiff or Judgment Creditor and the Defendant

**EXHIBIT B**

171-131 Rev. 2/06