IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, and Their Trustees, | CIVIL ACTION |
| Plaintiffs/Judgment Creditors, | Case No 07C 7101 |
| v. | Judge Bucklo |
| BEAN CONSTRUCTION, INC., and BIG BROTHER CONSTRUCTION COMPANY, INC., | |
| Defendants/Judgment Debtors, | |
| FIRST MIDWEST BANK, | |
| Citation Respondent. | |

### *Notice of Motion*

To:  First Midwest Bank                       Bean Construction, Inc.
     Attn: Legal Dept.                        c/o Richard E. Bruns, R.A.
     3800 Rock Creek Blvd.                    321 W. Maple St., #101
     Joliet, IL 60431                         New Lenox, IL 60451

Big Brother Construction, Inc.
c/o Nicholas J. Janis, R.A.
9700 W. 131st St.
Palos park IL 60464

PLEASE TAKE NOTICE that on **Tuesday, March 11, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Elaine Bucklo in Courtroom 1441 at the Dirksen Federal Building, 219 S. Dearborn Chicago, Illinois, and present the attached Motion for Turnover, a copy of which is attached hereto and herewith served upon you.

                                    Respectfully submitted,

                           By:    s/ RAYMOND J. SANGUINETTI

Attorney for Plaintiffs
Atty. No. 6244798
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700

### CERTIFICATE OF SERVICE

I, Raymond J. Sanguinetti, an attorney, being first duly sworn on oath, deposes and says that he served the attached PLAINTIFFS' FOR TURNOVER via regular first-class mail, postage prepaid, to person(s) to whom it is addressed, on March 4, 2008.

                        s/Raymond J. Sanguinetti

Attorneys for Plaintiffs
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
312/251-9700
Atty. No.: 6244798