UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Chicago Regional Council of Carpenters Pension Fund, et al.

      Plaintiff,

v.

Case No.: 1:07−cv−07101

Honorable Elaine E. Bucklo

Bean Construction, Inc., et al.

      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Motion for turnover order [15] is withdrawn.no notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.